# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMUEL S. ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-268** |
| **ST. TAMMANY PARISH GOVERNMENT** | **SECTION: D (1)** |

## ORDER AND REASONS

The Court, having considered Plaintiff Samuel S. Robinson's Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to timely file any objection to the Report and Recommendation,[3] and having determined that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's suit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, August 5, 2025.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 1.
[2] R. Doc. 8.
[3] Objections were due July 23, 2025. Even though Plaintiff is not proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.